# TROY LAW, PLLC

ATTORNEYS/COUNSELORS AT LAW
Tel: (718) 762-1324   johntroy@troypllc.com   Fax (718) 762-1342
41-25 Kissena Boulevard, Suite 110, Flushing, NY 11355

June 11, 2025

**Via ECF**
Hon. Marcia M. Henry, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza E.
Brooklyn, NY 11201

**Re: *Corrected* Third Joint Letter Motion for Extension of Time to Submit Joint Status Letter regarding Publication of Notice of Pendency**
**20-cv-06076-LDH-RER *Ding et al v. The Mask Pot Inc. et al***

Your Honor,

  We represent the Plaintiffs in the above referenced matter. We write respectfully and with Defendants' consent to request for a short adjournment from June 11, 2025 to June 13, 2025 to finalize the Joint Publication Proposal. This is the parties' third request and is not made with the intention to delay any proceedings but to serve the judicial economy by trying to reach a resolution without resorting to potentially lengthy and expensive motion practice.

  In short, the parties are very close in submitting the joint proposal as well as the agreed-upon abbreviated notice of pendency. After a telephonic meet and confer with Tiffany Troy for the Plaintiff and Thomas Kung and Richard Stern for the Defendants in the afternoon of June 10, 2025, the parties have made substantial progress towards an agreement towards a publication proposal. In advancement thereof, Plaintiff's counsel emailed Defendants' counsel with the Joint Publication Proposal at 1:03 p.m. but did not receive a response till around 7:24 p.m. Thereafter, Plaintiff's counsel provided the proposed revisions and was promised that Mr. Kung who has the authority to approve the additional edits will be online at some point this evening. The reason for the delay is that the Defendants' counsel's office is juggling multiple important deadlines today. As such, it appears prudent now to request for an extension and follow up tomorrow morning if a response is to be had or a further meet and confer is required to get the parties across the finish line.

  We apologize for the last minute request. We had attempted to wait for as long as we could but it does not appear that we will have a response today, as we were under the impression of.

Respectfully Submitted,

*/s/ John Troy, Esq.*
John Troy
*Attorney for Plaintiffs*